IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUAN CARLOS GUZMAN GUZMAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN CENTRAL LOUISIANA PROCESSING CENTER, ET AL,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-03320 |

**ORDER**

This matter comes before the Court on Petitioner's Motion to Withdraw the Petition for Habeas Corpus. Because good cause exists for this request, it is appropriate to allow the Petitioner to withdraw the present petition without prejudice. Accordingly,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Petition for Habeas Corpus is dismissed without prejudice.

SIGNED this 16th day of November, 2026.

Lafayette, Louisiana

Robert R. Summerhays
United States District Judge